# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, ) | |
| ) | |
| ) | Case No.: 14-cv-14805 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #13, OWNER OF IP ADDRESS 76.112.237.169

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 13, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 76.112.237.169.

DATED:  June 2, 2015 Respectfully submitted,

 Dallas Buyers Club, LLC

 By : s/Paul J. Nicoletti
 Paul Nicoletti  (P-44419)
 NICOLETTI LAW, PLC
 33717 Woodward Avenue, Ste. #433
 Birmingham, MI 48009
 Landline: (248) 203-7800
 eFax: (248) 928-7051
 Email:  pauljnicoletti@gmail.com
 http://www.nicolettilawplc.com

 ATTORNEY FOR PLAINTIFF
 DALLAS BUYERS CLUB, LLC