**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-14805-PJD-DRG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED:  June 17, 2015                    Respectfully submitted,

By:  s/Paul J. Nicoletti
     Paul Nicoletti (P-44419)
     NICOLETTI LAW, PLC
     33717 Woodward Avenue, Ste. #433
     Birmingham, MI 48009
     Landline: (248) 203-7800
     eFax: (248) 928-7051
     Email:  pauljnicoletti@gmail.com
     http://www.nicolettilawplc.com

     ATTORNEY FOR PLAINTIFF
     DALLAS BUYERS CLUB, LLC